FILED

MAY 10 2017

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                          CRIMINAL NO. 1:15CR30
                            (Judge Keeley)

GREGORY N. CASON,

    Defendant.

## VERDICT FORM

### VERDICT AS TO COUNT ONE

WE, THE JURY, on the issue joined, find that the defendant, **GREGORY N. CASON** is

_____
Guilty Beyond a Reasonable Doubt

*Not Guilty* (handwritten)
_____
Not Guilty

of the charge of Conspiring to Defraud the Internal Revenue Service and to Aid and Assist in the Preparation and Filing of False Tax Forms as charged in **COUNT ONE** of the Indictment.

Dated: 5-10-17

                                                        Foreperson

USA v. CASON                                                                    1:15CR30

## VERDICT FORM

### VERDICT AS TO COUNT TWO

WE, THE JURY, on the issue joined, find that the defendant, **GREGORY N. CASON** is

_Guilty Beyond a Reasonable Doubt_
Guilty Beyond a Reasonable Doubt

_____
Not Guilty

of the charge of Aid and Assist in the Preparation and Filing of False Tax Form as charged in **COUNT TWO** of the Indictment.

Dated:  5-10-17

_____
Foreperson

USA v. CASON                                                                                    1:15CR30

## VERDICT FORM

### VERDICT AS TO COUNT THREE

WE, THE JURY, on the issue joined, find that the defendant, **GREGORY N. CASON** is

_____Guilty Beyond a Reasonable Doubt_____
Guilty Beyond a Reasonable Doubt

_____
Not Guilty

of the charge of Aid and Assist in the Preparation and Filing of False Tax Form as charged in **COUNT THREE** of the Indictment.

Dated: __5-10-17__

_____
Foreperson